UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WITHROW, SONNY § Case No. 12-81751
WITHROW, GOLDIE M §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-81751   TML   Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WITHROW, SONNY | Date Filed (f) or Converted (c): | 05/01/12 (f) |
| | WITHROW, GOLDIE M | 341(a) Meeting Date: | 06/04/12 |
| For Period Ending: | 04/15/15 | Claims Bar Date: | 12/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 304 N. Creekside Trail MHenry, IL | 170,000.00 | 10,000.00 | | 10,000.00 | FA |
| 2. 311 Rosedale - vacant lot Lakemoor, IL | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. 309 Rosedale - vacant lot Lakemoor, IL | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking account McHenry Savings Bank | 900.00 | 0.00 | | 0.00 | FA |
| 6. Checking account Home State Bank | 56.00 | 0.00 | | 0.00 | FA |
| 7. First Midwest Bank | 118.00 | 0.00 | | 0.00 | FA |
| 8. Sofa,Loveseat,chairs,tables,lamps, TV's,2 bedroom | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Personal wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 10. Watches, costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11. Prudential Whole Life | 30,428.00 | 0.00 | | 0.00 | FA |
| 12. Prudential Whole Life | 3,619.00 | 0.00 | | 0.00 | FA |
| 13. Chicago Painters Pension | 0.00 | 0.00 | | 0.00 | FA |
| 14. Baxter Pension | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2012 Ford Escape | 25,000.00 | 0.00 | | 0.00 | FA |
| 16. 1977 Lincoln Continental | 300.00 | 0.00 | | 0.00 | FA |
| 17. Desk, computer,printer | 300.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $232,321.00 | $10,000.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee was able to negotiate a buyout of the estate's equity in the residence. In addition, the two lots close to the

Case 12-81751    Doc 32    Filed 04/30/15    Entered 04/30/15 08:26:42    Desc Main
Document      Page 4 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-81751  TML  Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WITHROW, SONNY | Date Filed (f) or Converted (c): | 05/01/12 (f) |
| | WITHROW, GOLDIE M | 341(a) Meeting Date: | 06/04/12 |
| | | Claims Bar Date: | 12/11/12 |

residence that were free and clear of any mortgages were listed for sale.  Conversations with the realtor indicate that there have been no lot sales in McHenry County in the last three years and it may be very difficult to get any offers at all on the lots. Trustee may abandon the lots and just file a final report.

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 07/01/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-81751 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WITHROW, SONNY | | Bank Name: | BANK OF KANSAS CITY |
| | WITHROW, GOLDIE M | | Account Number / CD #: | *******0101  GENERAL CHECKING |
| Taxpayer ID No: | *******4706 | | | |
| For Period Ending: | 04/15/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 9,777.15 | | 9,777.15 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.25 | 9,765.90 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.04 | 9,751.86 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.49 | 9,737.37 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.47 | 9,722.90 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 13.05 | 9,709.85 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.43 | 9,695.42 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 9,777.15 | 81.73 | 9,695.42 |
| Less: Bank Transfers/CD's | 9,777.15 | 0.00 | |
| Subtotal | 0.00 | 81.73 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 81.73 | |

Page Subtotals    9,777.15    81.73

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-81751 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WITHROW, SONNY | | Bank Name: | CONGRESSIONAL BANK |
| | WITHROW, GOLDIE M | | Account Number / CD #: | *******8233 GENERAL CHECKING |
| Taxpayer ID No: | *******4706 | | | |
| For Period Ending: | 04/15/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | 1 | SONNY AND GOLDIE WITHROW | INTEREST IN REAL PROPERTY | 1110-000 | 10,000.00 | | 10,000.00 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 9,990.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.61 | 9,979.39 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.26 | 9,969.13 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 8.23 | 9,960.90 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.59 | 9,950.31 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.23 | 9,940.08 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.55 | 9,929.53 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 10.54 | 9,918.99 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.19 | 9,908.80 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.52 | 9,898.28 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.17 | 9,888.11 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.50 | 9,877.61 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.49 | 9,867.12 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 9,857.12 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.47 | 9,846.65 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.12 | 9,836.53 |
| 06/04/14 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 7.97 | 9,828.56 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.45 | 9,818.11 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.09 | 9,808.02 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.41 | 9,797.61 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.40 | 9,787.21 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.06 | 9,777.15 |

Page Subtotals 10,000.00 222.85

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-81751 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WITHROW, SONNY | Bank Name: | CONGRESSIONAL BANK |
|  | WITHROW, GOLDIE M | Account Number / CD #: | *******8233  GENERAL CHECKING |
| Taxpayer ID No: | *******4706 |  |  |
| For Period Ending: | 04/15/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/08/14 |  | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 |  | 9,777.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,777.15 |  |
| Subtotal | 10,000.00 | 222.85 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 10,000.00 | 222.85 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0101 | 0.00 | 81.73 | 9,695.42 |
| GENERAL CHECKING - ********8233 | 10,000.00 | 222.85 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 10,000.00 | 304.58 | 9,695.42 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        9,777.15

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 15, 2015 |
|---|---|---|---|---|---|---|

Case Number:  12-81751  
Debtor Name:  WITHROW, SONNY

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Administrative | Filed 06/04/13<br>9010018233   06/04/13   100<br>9010018233   06/04/14   101 | $0.00 | $16.20<br>8.23<br>7.97 | $16.20 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $2,258.00 | $2,258.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $83.45 | $83.45 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 10/11/12 | $0.00 | $13,629.17 | $13,629.17 |
| 000002<br>070<br>7100-00 | Baxter Credit Union<br>340 North Milwaukee Ave.<br>Vernon Hills, IL 60061 | Unsecured | Filed 09/19/12<br>(2-1) POC VISA Credit Card | $0.00 | $7,579.94 | $7,579.94 |
| 000003<br>070<br>7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Filed 09/27/12<br>(3-1) JCPENNEY CREDIT SERVICES or GEMB | $0.00 | $2,343.19 | $2,343.19 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 10/02/12<br>(4-1) CREDIT CARD DEBT | $0.00 | $1,673.83 | $1,673.83 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 10/10/12<br>(5-1) Unsecured Debt | $0.00 | $1,421.94 | $1,421.94 |
| 000006<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 11/28/12<br>(6-1) CREDIT CARD DEBT | $0.00 | $2,920.20 | $2,920.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: April 15, 2015 |

Case Number:   12-81751  
Debtor Name:   WITHROW, SONNY

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $33,675.92 | $33,675.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-81751
Case Name: WITHROW, SONNY
            WITHROW, GOLDIE M
Trustee Name: DANIEL M. DONAHUE

    Balance on hand                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses        $_____

    Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Baxter Credit Union | $ | $ | $ |
| 000003 | Portfolio Investments II LLC | $ | $ | $ |
| 000004 | American Express Centurion Bank | $ | $ | $ |
| 000005 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000006 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE