UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WITHROW, SONNY § Case No. 12-81751
WITHROW, GOLDIE M §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Clerk's Office
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/27/2015 in Courtroom 3100,
    U.S. Courthouse
    327 South Church Street
    Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: /s/ Daniel M. Donahue_____
                                                                                   Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WITHROW, SONNY § Case No. 12-81751
WITHROW, GOLDIE M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 10,000.00 |
| and approved disbursements of | $ 304.58 |
| leaving a balance on hand of[1] | $ 9,695.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,258.00 | $ 0.00 | $ 2,258.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 83.45 | $ 0.00 | $ 83.45 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 16.20 | $ 16.20 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,091.45 |
| Remaining Balance | | | $ 5,603.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,568.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 13,629.17 | $ 0.00 | $ 2,583.09 |
| 000002 | Baxter Credit Union | $ 7,579.94 | $ 0.00 | $ 1,436.60 |
| 000003 | Portfolio Investments II LLC | $ 2,343.19 | $ 0.00 | $ 444.10 |
| 000004 | American Express Centurion Bank | $ 1,673.83 | $ 0.00 | $ 317.23 |
| 000005 | Quantum3 Group LLC as agent for | $ 1,421.94 | $ 0.00 | $ 269.50 |
| 000006 | Capital One, N.A. | $ 2,920.20 | $ 0.00 | $ 553.45 |

Total to be paid to timely general unsecured creditors     $     5,603.97

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                            Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                        Case No. 12-81751-TML
Sonny Withrow                                                 Chapter 7
Goldie M. Withrow
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1              Date Rcvd: Apr 30, 2015
                              Form ID: pdf006             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2015.
```
db/jdb         +Sonny Withrow,    Goldie M. Withrow,    304 Creekside Trail,    McHenry, IL 60050-5906
18856282       +American Express,    P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
19517528        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19739355        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18856284       +Credit First NA,    P.O. Box 81344,   Cleveland, OH 44188-0001
18856286       +First Midwest Bank Visa,    P.O. Box 2557,    Omaha, NE 68103-2557
18856287       +Ford Motor Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
18856288       +GMAC Mortage,    6716 Grade Lane,   Bldg.9, Ste 910,    Louisville, KY 40213-3410
18856291       +SEARS CARD,    P.O. Box 183081,   Columbus, OH 43218-3081
18856292       +Union Plus Credit Card,    P.O. Box 88000,    Baltimore, MD 21288-0001
18856293       +WFNNB/Lane Bryant,    P.O. Box 659728,    San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19456491        E-mail/Text: dob@bcu.org May 01 2015 01:18:33     Baxter Credit Union,
                 340 North Milwaukee Ave.,   Vernon Hills, IL 60061
18856283       +E-mail/Text: dob@bcu.org May 01 2015 01:18:33     Baxter Credit Union,   P.O. Box 8133,
                 Vernon Hills, IL 60061-8133
19437455        E-mail/PDF: mrdiscen@discover.com May 01 2015 01:22:37      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
18856285       +E-mail/PDF: mrdiscen@discover.com May 01 2015 01:22:37      Discover Card,   P.O. Box 6103,
                 Carol Stream, IL 60197-6103
18882049       +E-mail/Text: snelson@califf.com May 01 2015 01:17:04      Ford Motor Credit Company LLC,
                 C/O Steven L. Nelson,    1600 4th Ave., Ste. 200,    Rock Island, IL 61201-8632
19493754        E-mail/PDF: gecsedi@recoverycorp.com May 01 2015 01:22:18      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18856289       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2015 01:22:03      JC Penney,   P.O. Box 960090,
                 Orlando, FL 32896-0090
18856290       +E-mail/Text: bnckohlsnotices@becket-lee.com May 01 2015 01:17:15      Kohl's,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
20354202        E-mail/PDF: rmscedi@recoverycorp.com May 01 2015 01:22:06      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
19546886        E-mail/Text: bnc-quantum@quantum3group.com May 01 2015 01:17:46      Quantum3 Group LLC as agent for,
                 Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
20354203        E-mail/PDF: rmscedi@recoverycorp.com May 01 2015 01:22:06      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2015                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2015 at the address(es) listed below:
```
              Cynthia J Briscoe    on behalf of Debtor Sonny  Withrow briscoelaw@earthlink.net
              Cynthia J Briscoe    on behalf of Joint Debtor Goldie M. Withrow briscoelaw@earthlink.net
              Daniel Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel Donahue     ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Steven L Nelson    on behalf of Creditor   Ford Motor Credit Company LLC snelson@califf.com
                                                                                             TOTAL: 7
```