# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WITHROW, SONNY | § | Case No. 12-81751 |
| WITHROW, GOLDIE M | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 22,556.00                          Assets Exempt: 69,765.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,603.97         Claims Discharged
                                                     Without Payment:  45,018.12

Total Expenses of Administration:  4,396.03

---

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 136,771.06 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,396.03 | 4,396.03 | 4,396.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,120.92 | 29,568.27 | 29,568.27 | 5,603.97 |
| **TOTAL DISBURSEMENTS** | $ 185,891.98 | $ 33,964.30 | $ 33,964.30 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 05/01/2012 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2015           By:/s/DANIEL M. DONAHUE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence 304 N. Creekside Trail MHenry, IL | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit P.O. Box 790093 Saint Louis, MO 63179 | | 28,037.06 | NA | NA | 0.00 |
| | GMAC Mortage 6716 Grade Lane Bldg.9, Ste 910 Louisville, KY 40213 | | 108,734.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 136,771.06** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 16.20 | 16.20 | 16.20 |
| BANK OF KANSAS CITY | 2600-000 | NA | 81.73 | 81.73 | 81.73 |
| CONGRESSIONAL BANK | 2600-000 | NA | 206.65 | 206.65 | 206.65 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 2,258.00 | 2,258.00 | 2,258.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 83.45 | 83.45 | 83.45 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,396.03 | $ 4,396.03 | $ 4,396.03 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit First NA P.O. Box 81344 Cleveland, OH 44188 | | 1,190.81 | NA | NA | 0.00 |
| | First Midwest Bank Visa P.O. Box 2557 Omaha, NE 68103 | | 6,593.52 | NA | NA | 0.00 |
| | SEARS CARD P.O. Box 183081 Columbus, OH 43218 | | 544.46 | NA | NA | 0.00 |
| | Union Plus Credit Card P.O. Box 88000 Baltimore, MD 21288 | | 12,725.03 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,396.00 | 1,673.83 | 1,673.83 | 317.23 |
| 000002 | BAXTER CREDIT UNION | 7100-000 | 6,927.82 | 7,579.94 | 7,579.94 | 1,436.60 |
| 000006 | CAPITAL ONE, N.A. | 7100-000 | 2,847.26 | 2,920.20 | 2,920.20 | 553.45 |
| 000001 | DISCOVER BANK | 7100-000 | 13,308.89 | 13,629.17 | 13,629.17 | 2,583.09 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PORTFOLIO INVESTMENTS II LLC | 7100-000 | 2,255.69 | 2,343.19 | 2,343.19 | 444.10 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,331.44 | 1,421.94 | 1,421.94 | 269.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,120.92 | $ 29,568.27 | $ 29,568.27 | $ 5,603.97 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-81751 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WITHROW, SONNY | | | Date Filed (f) or Converted (c): | 05/01/12 (f) |
| | WITHROW, GOLDIE M | | | 341(a) Meeting Date: | 06/04/12 |
| For Period Ending: | 07/14/15 | | | Claims Bar Date: | 12/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 304 N. Creekside Trail MHenry, IL | 170,000.00 | 10,000.00 | | 10,000.00 | FA |
| 2. 311 Rosedale - vacant lot Lakemoor, IL Abandonment Order 4/8/15 | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. 309 Rosedale - vacant lot Lakemoor, IL Abandonment Order 4/8/15 | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking account McHenry Savings Bank | 900.00 | 0.00 | | 0.00 | FA |
| 6. Checking account Home State Bank | 56.00 | 0.00 | | 0.00 | FA |
| 7. First Midwest Bank | 118.00 | 0.00 | | 0.00 | FA |
| 8. Sofa,Loveseat,chairs,tables,lamps, TV's,2 bedroom | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Personal wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 10. Watches, costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11. Prudential Whole Life | 30,428.00 | 0.00 | | 0.00 | FA |
| 12. Prudential Whole Life | 3,619.00 | 0.00 | | 0.00 | FA |
| 13. Chicago Painters Pension | 0.00 | 0.00 | | 0.00 | FA |
| 14. Baxter Pension | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2012 Ford Escape | 25,000.00 | 0.00 | | 0.00 | FA |
| 16. 1977 Lincoln Continental | 300.00 | 0.00 | | 0.00 | FA |
| 17. Desk, computer,printer | 300.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $232,321.00 | $10,000.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-81751   TML   Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WITHROW, SONNY | Date Filed (f) or Converted (c): | 05/01/12 (f) |
| | WITHROW, GOLDIE M | 341(a) Meeting Date: | 06/04/12 |
| | | Claims Bar Date: | 12/11/12 |

Trustee was unable to get any offers on the vacant lots. Trustee has filed a Motion to Abandon which will be heard in April and will be filing a final report shortly thereafter.

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 04/01/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-81751 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WITHROW, SONNY | | Bank Name: | BANK OF KANSAS CITY |
| | WITHROW, GOLDIE M | | Account Number / CD #: | *******0101  GENERAL CHECKING |
| Taxpayer ID No: | *******4706 | | | |
| For Period Ending: | 07/14/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 9,777.15 | | 9,777.15 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.25 | 9,765.90 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.04 | 9,751.86 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.49 | 9,737.37 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.47 | 9,722.90 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 13.05 | 9,709.85 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.43 | 9,695.42 |
| 05/27/15 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 1,750.00 | 7,945.42 |
| 05/27/15 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,258.00 | 5,687.42 |
| 05/27/15 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 83.45 | 5,603.97 |
| 05/27/15 | 002004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 19.0% | 7100-000 | | 2,583.09 | 3,020.88 |
| 05/27/15 | 002005 | Baxter Credit Union<br>340 North Milwaukee Ave.<br>Vernon Hills, IL 60061 | Claim 000002, Payment 19.0% | 7100-000 | | 1,436.60 | 1,584.28 |
| 05/27/15 | 002006 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000003, Payment 19.0% | 7100-000 | | 444.10 | 1,140.18 |
| 05/27/15 | 002007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 19.0% | 7100-000 | | 317.23 | 822.95 |
| 05/27/15 | 002008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788 | Claim 000005, Payment 19.0% | 7100-000 | | 269.50 | 553.45 |

Page Subtotals   9,777.15   9,223.70

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-81751 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WITHROW, SONNY | Bank Name: | BANK OF KANSAS CITY |
| | WITHROW, GOLDIE M | Account Number / CD #: | *******0101  GENERAL CHECKING |
| Taxpayer ID No: | *******4706 | | |
| For Period Ending: | 07/14/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/27/15 | 002009 | Kirkland, WA 98083-0788<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 19.0% | 7100-000 | | 553.45 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,777.15 | 9,777.15 | 0.00 |
| Less:  Bank Transfers/CD's | 9,777.15 | 0.00 | |
| Subtotal | 0.00 | 9,777.15 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,777.15 | |

Page Subtotals        0.00        553.45

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-81751 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WITHROW, SONNY | Bank Name: | CONGRESSIONAL BANK |
| | WITHROW, GOLDIE M | Account Number / CD #: | *******8233  GENERAL CHECKING |
| Taxpayer ID No: | *******4706 | | |
| For Period Ending: | 07/14/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | 1 | SONNY AND GOLDIE WITHROW | INTEREST IN REAL PROPERTY | 1110-000 | 10,000.00 | | 10,000.00 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 9,990.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.61 | 9,979.39 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.26 | 9,969.13 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 8.23 | 9,960.90 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.59 | 9,950.31 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.23 | 9,940.08 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.55 | 9,929.53 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 10.54 | 9,918.99 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.19 | 9,908.80 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.52 | 9,898.28 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.17 | 9,888.11 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.50 | 9,877.61 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.49 | 9,867.12 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 9,857.12 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.47 | 9,846.65 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.12 | 9,836.53 |
| 06/04/14 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 7.97 | 9,828.56 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.45 | 9,818.11 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.09 | 9,808.02 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.41 | 9,797.61 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.40 | 9,787.21 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.06 | 9,777.15 |

Page Subtotals    10,000.00    222.85

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-81751 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WITHROW, SONNY | | Bank Name: | CONGRESSIONAL BANK |
| | WITHROW, GOLDIE M | | Account Number / CD #: | *******8233  GENERAL CHECKING |
| Taxpayer ID No: | *******4706 | | | |
| For Period Ending: | 07/14/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 9,777.15 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 10,000.00 | 10,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 9,777.15 | |
| Subtotal | | 10,000.00 | 222.85 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 10,000.00 | 222.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0101 | 0.00 | 9,777.15 | 0.00 |
| GENERAL CHECKING - ********8233 | 10,000.00 | 222.85 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      9,777.15

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*